IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jackson, Osborne E

Printed: 6/10/08

Case Number: 07 B 00604
Judge: Hollis, Pamela S
Filed: 1/12/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: March 24, 2008
Confirmed: March 5, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 16,200.00 |  |
| Secured: |  | 13,636.48 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,688.15 |
| Trustee Fee: |  | 875.37 |
| Other Funds: |  | 0.00 |
| Totals: | 16,200.00 | 16,200.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 3,000.00 | 1,688.15 |
| 2. | US Employees Credit Union | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 15,969.24 | 12,547.26 |
| 4. | US Employees Credit Union | Secured | 1,171.89 | 979.02 |
| 5. | City Of Chicago | Secured | 454.00 | 110.20 |
| 6. | Countrywide Home Loans Inc. | Secured | 10,889.36 | 0.00 |
| 7. | Protection One | Unsecured | 200.65 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 326.12 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 473.48 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 574.65 | 0.00 |
| 11. | Midwest Verizon Wireless | Unsecured | 650.00 | 0.00 |
| 12. | Capital One | Unsecured | 617.73 | 0.00 |
| 13. | City Of Chicago | Unsecured | 29.49 | 0.00 |
| 14. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 15. | Credit One | Unsecured |  | No Claim Filed |
| 16. | Comcast | Unsecured |  | No Claim Filed |
| 17. | Little Company Of Mary Hospital | Unsecured |  | No Claim Filed |
| 18. | Pay Day Loans | Unsecured |  | No Claim Filed |
| 19. | Dominick's Finer Foods | Unsecured |  | No Claim Filed |
| 20. | Ultra Food | Unsecured |  | No Claim Filed |
| 21. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
|  |  |  | $ 34,356.61 | $ 15,324.63 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jackson, Osborne E

Printed: 6/10/08

Case Number: 07 B 00604
Judge: Hollis, Pamela S
Filed: 1/12/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 872.09 |
| 6.5% | 3.28 |
| | _____ |
| | $ 875.37 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

